

# James C. Haggerty, Esq.

**HAGGERTY, GOLDBERG, SCHLEIFER, & KUPERSMITH, P.C.**

@ : jhaggerty@HGSKlawyers.com
P  : (267) 350-6609

Jim Haggerty is recognized as one of the preeminent personal injury, insurance coverage and bad faith attorneys in Pennsylvania. For over 30 years, he was the "go to guy" of many major property and casualty insurers for large and difficult cases. He was a leader of the defense bar, serving as the president of the Defense Institute and Chairman of its Motor Vehicle Law Committee. He now brings this knowledge and exposure to the representation of injured victims throughout the state. In 2012, he decided to change his career path and use his knowledge and skills for the benefit of claimants and victims. He brings his wealth of knowledge and experience to the firm to each case he handles on behalf of individuals against insurance companies.

Jim Haggerty has been recognized as a Super Lawyer each year since the inception of that honor. In addition he has been recognized as one of the Top 100 Lawyers in Pennsylvania and the Top 100 Lawyers in Philadelphia for each year from 2006 to the present. In fact, in 2007, he was recognized as one of the Top 10 Lawyers in Pennsylvania. He has been counsel in many important insurance law cases and has argued many matters of first impression before the state's highest courts. Jim has authorized many articles and testified before legislative committees. Haggerty, Goldberg, Schleifer & Kupersmith, P.C. are proud to have such a dedicated and knowledgeable lawyer as one of our four founders.

His areas of practice include insurance coverage disputes, bad faith claims, class action claims, uninsured and underinsured motorist claims and motor vehicle accidents. Jim Haggerty brings his wealth of experience and vast knowledge of the law to the representation of injured plaintiffs and accident victims. He is familiar with how insurance companies operate to keep injured victims from all damages they deserve. If you have been injured, he can help you obtain full recovery from the insurance company.

If you have been injured through negligence, he can help you seek the due negligence you need by filing an injury claim against the at-fault party's insurance company.

EXHIBIT

A

tabbies®

# Curriculum Vitae

## EDUCATION
1979 – Villanova University School of Law, J.D.
1976 – Georgetown University, A.B. (Magna Cum Laude; Phi Beta Kappa)

## AREAS OF PRACTICE
Insurance Law
Motor Vehicle
Underinsured /Uninsured Motorist Bad Faith
Bad Faith
Class Actions

## COURT ADMISSIONS
2020 – U.S. District Court Western District of Pennsylvania
2001 – U.S. District Court Middle District of Pennsylvania
1983 – United States Court of Appeals for the Third Circuit
1979 – U.S. District Court Eastern District of Pennsylvania
1979 – Supreme Court of Pennsylvania
Pro Hac Vice Admission in Numerous Jurisdictions throughout the United States

## AWARDS
- Best Lawyers in America – Insurance Law, 2013-2021
- Pennsylvania Super Lawyers, 2005-2021
- Top 100 Lawyers in Pennsylvania- 2006-2021
- Top 100 Lawyers in Philadelphia, 2006-2018
- Martin Hubbell AV Preeminent Rating – 1992-2022
- George F. Douglas, Jr. Amicus Curiae Award, 2019
- The Legal Intelligencer Top 10 Lateral Hires of 2012
- Top 10 Lawyers in Pennsylvania- 2007
- Defense Research Institute, Distinguished Service, 2007
- Pennsylvania Defense Institute, Distinguished Service, 2007
- Pennsylvania Defense Institute, Amicus Curiae Award, 1998-2000
- Philadelphia Area Claims Forum, Special Recognition, 1995

## AFFILIATIONS
- Member Disciplinary Board of the Supreme Court of Pennsylvania 2015-2021
- Vice-Chair of the Disciplinary Board of the Supreme Court of Pennsylvania 2019-2020
- Chair of the Disciplinary Board of the Supreme Court of Pennsylvania 2020-2021

- Member, Appellate Rules Committee of the Supreme Court of Pennsylvania, 2002-2008
- Philadelphia Bar Institute – Member, 1979-Present
- Lawyers Club of Philadelphia – Board Member, 2016-Present
- Lawyers Club of Philadelphia – Treasurer, 2016-2019
- Pennsylvania Bar Institute – Member, 1979-Present
- Pennsylvania Association of Justice, 1995-Present
- Philadelphia Trial Lawyers Association, 2012-Present
- Pennsylvania Defense Institute – Member, 1979-2012
- Pennsylvania Defense Institute – President, 2007
- Pennsylvania Defense Institute- President-Elect 2006
- Pennsylvania Defense Institute – Executive Vice President, 2005
- Pennsylvania Defense Institute – Vice President-East Region, 2001-2004
- Pennsylvania Defense Institute – Board of Directors, 1996-2007
- Pennsylvania Defense Institute – Board of Directors, 1983-1989
- Pennsylvania Defense Institute – Chairman – Motor Vehicle Law Committee, 1983-2012
- Philadelphia Association of Defense Counsel – Member, 1985-2012
- Philadelphia Association of Defense Counsel – Executive Committee, 2002-2004

## PRESENTATIONS

- "Donovan-Stacking-Household Exclusion:  Where are we now?", Pennsylvania Association for Justice, September 14, 2021, Philadelphia, Pennsylvania via Zoom
- "Overview of Uninsured, Underinsured and Bad Faith Developments in Pennsylvania", 39th Annual Auto Law Seminar, Philadelphia, PA May 19, 2021
- "Developments in Rules of Professional Conduct," Dispute Resolution Institute – Personal Injury Potpourri – Harris Bock, Live Stream - Philadelphia, PA,  April 20, 2021
- "Motor Vehicle Insurance Law", Pennsylvania Bar Institute - Civil Litigation Update March 4, 2021, Philadelphia, Pennsylvania
- "Business Interruption Insurance Claims Due to COVID-19 – Where Do They Stand At The Present Time?" - PA Restaurant & Lodging Association – , August 27, 2020
- "COVID-19 Business Interruption Claims" - Dispute Resolution Institute – Personal Injury Potpourri – Harris Bock, Live Stream, July 15, 2020
- "Business Interruption Claims and COVID -19 Claims" - Pennsylvania Bar Institute – Webinar, May 28, 2020
- "Uninsured and Underinsured" Jam Session"- Pennsylvania Association Justice – 38th Annual Auto Law Webinar, May 15, 2020
- "The COVID-19 Pandemic and Business Interruption: What Lawyers and Their Clients Should Know" - Pennsylvania Association Justice – Webinar, April 30, 2020
- "Nuts & Bolts of the Motor Vehicle Financial Responsibility Law" - Pennsylvania Association Justice - Webinar, February 5, 2020
- "COVID-19 Claims and Defenses" - Association of Restaurants & Lodge, Philadelphia, PA Webcast, April 3, 2020
- "Uninsured and Underinsured Motorist Update"- Pennsylvania Association for Justice - 38th Annual Auto Law Seminar, Philadelphia, PA Webcast, May 21, 2020

- "COVID-19 Business Interruption Claims and COVID-19 Claims, Coverage for Insureds Claims"- Pennsylvania Bar Institute, Philadelphia, PA Webcast, May 28, 2020
- "COVID-19 Pandemic and Business Interruption Claims", Pennsylvania Association for Justice", Webinar, April 30, 2020
- "COVID-19 Pandemic and Business Interruption" - Pennsylvania Restaurant & Lodging Association, Webinar, April 30, 2020
- "Nuts & Bolts of Motor Vehicle Accident Claims" - Pennsylvania Association for Justice, Harrisburg, PA, February 4, 2020
- "Overview and Analysis of Coverage Issues" - Pennsylvania Association for Justice, Harrisburg, PA, February 4, 2020
- "The Aftermath of Gallagher" - Pennsylvania Association for Justice, December 3, 2019, Statewide Teleconference.
- "Motor Vehicle Law Update" - Pennsylvania Association for Justice May 3, 2019, Harrisburg; May 21, 2019 Philadelphia, PA
- Dispute Resolution Institute, Personal Injury Potpourri, April 11, 2019
- "Lost Opportunities – Bad Faith" – Pennsylvania Bar Institute -  Civil Litigation Update - March 13, 2019, Philadelphia, PA
- "Settlement Negotiations and Releases" - Pennsylvania Bar Institute, December 7, 2018;
- "UM/UIM Claims – Lost Opportunities in Bad Faith" – Pennsylvania Bar Institute - Auto Law Seminar – October 18, 2018, Mechanicsburg; October 30, 2018, Philadelphia, PA
- Civil Litigation Update, Pennsylvania Bar Institute, Encore Presentation, June 28, 2018, Philadelphia, PA
- "UM/UIM", Pennsylvania Association for Justice -  36th Annual Auto Law Update, May 4, 2018 in Harrisburg, PA; May 24, 2018 in Philadelphia, PA
- 20th Annual Dispute Resolution Institute Personal Injury Potpourri, April 24, 2018
- "Motor Vehicle Law Update" -  Pennsylvania Bar Institute, March 6, 2018, Pittsburgh; March 8, 2018 Mechanicsburg; March 15, 2018 Philadelphia, PA
- "Litigating the Insurance Bad Faith Claim" - Pennsylvania Bar Institute, Philadelphia, PA, December 8, 2017
- "Motor Vehicle Law Update", Pennsylvania Bar Institute - 24th Annual Auto Law Update, Pennsylvania Bar Institute, October 26, 2017
- "Superstars of Litigation, Trial of the UIM and Bad Faith Claim", Pennsylvania Bar Institute, August 9, 2017
- "UM/UIM", Pennsylvania Association for Justice --- 35th Annual Auto Law Update, Harrisburg, PA May 11, 2017
- "UM & UIM Claims: Coverage Issues and Bad Faith Opportunities" - Lehigh County Bar Institute, May 9, 2017
- "Important Appellate Case Update" – Dispute Resolution Institute, 19th Annual Personal Injury Potpourri, April 6, 2017
- "Motor Vehicle Law Update", Pennsylvania Bar Institute, 30th Annual Civil Litigation Update, Harrisburg, Philadelphia, March 22, 2017; July 18, 2017
- "Motor Vehicle Law Update"  - Pennsylvania Bar Institute - 23rd Annual Auto Law Update, October 27, 2016

- "Effective Brief Writing" – Pennsylvania Bar Institute, Appellate Advocacy in State Courts, July 13, 2016
- "Behind the Curtain, Insurance Claims Handling" - Pennsylvania Association for Justice, June 7, 2016
- "Important Appellate Case Update" – Dispute Resolution Institute, 18th Annual Personal Injury Potpourri,  April 12, 2016
- "Testimony on Proposed Legislation to Raise the Minimum Mandatory Automobile Insurance Coverage Limits - Pennsylvania House of Representative Transportation and Insurance Committees- Live Testimony- April 11, 2016,
- "Motor Vehicle Law Update" – Pennsylvania Bar Institute, 32th Annual Civil Litigation Update, Harrisburg, March 17, 2016
- "Motor Vehicle Law Update" – Pennsylvania Bar Institute, 32th Annual Civil Litigation Update, Philadelphia, March 23, 2016
- "Motor Vehicle Law Update" – Pennsylvania Bar Institute, Civil Litigation, Personal Injury Potpourri, 2016
- "Behind the Curtain, Insurance Claims Handling" - Pennsylvania Association for Justice, December 4, 2015
- "Behind the Curtain: Claims Handling" - Pennsylvania Association of Justice, Bedford Springs, PA, June 27, 2015
- "UM/UIM Claims: Missed Opportunities for Bad Faith" - Pennsylvania Bar Institute, , Auto Law Update  October 22, 2014 – Philadelphia; October 28, 2014 – Pittsburgh; October 31, 2014 – Mechanicsburg
- "Appellate Court Watch" – Dispute Resolution Institute, Personal Injury Potpourri, Philadelphia, PA April 8, 2014
- "Motor Vehicle Law Update" – Pennsylvania Bar Institute, 27th Annual Civil Litigation Update, "Philadelphia, PA March 6, 2014; Mechanicsburg, PA March 19, 2014
- "Litigating the Insurance Bad Faith Case, Update of Bad Faith Developments" - Pennsylvania Association of Defense Counsel, Philadelphia, February 18, 2014
- "Insurance Bad Faith Resurgent" - Philadelphia Association of Defense Counsel, February 18, 2014
- "Current Issues Dealing with Bad Faith in Pennsylvania" Court of Common Pleas- Philadelphia County, Civil Conversation Program, October 24, 2013, Philadelphia, PA
- "New Hot Auto Cases" -  Dispute Resolution Institute, Annual Personal Injury Potpourri, April 16, 2013
- "Comprehensive Update of UM/UIM and Bad Faith Case Law and Strategy From the Plaintiff and Defense Perspective" - Pennsylvania Association for Justice, 31st Annual Automobile Insurance Law, May 30, 2013, Philadelphia, PA; May 17, 2013, Harrisburg, PA; April 25, 2013, Pittsburgh, PA
- "Motor Vehicle Law in Pennsylvania" – Pennsylvania Bar Institute, Civil Litigation Update,  Philadelphia, March 6, 2013; Mechanicsburg, March 21, 2013
- "The Effect of the Repeal of Pusl" - Pennsylvania Association of Justice, October 25, 2012, Philadelphia
- "Direct and Cross Examination of Expert Witnesses" - Pennsylvania Bar Institute, Trying a Case in State Court From Start to Finish, June 26, 2012, Philadelphia, PA

- "Motor Vehicle Insurance Law Issues and Update" - Bucks County Bar Institute, Continuing Education Program, June 13, 2012, Doylestown, PA
- "Comprehensive Update of UM/UIM and Bad Faith Case Law and Strategy From the Plaintiff and Defense Perspective" - Pennsylvania Association for Justice, 30th Annual Automobile Insurance Law, May 31, 2012, Philadelphia, PA; May 18, 2012, Pittsburgh, PA, April 24, 2012 Pittsburgh, PA
- "Appellate Court Update" - Dispute Resolution Institute, Annual Personal Injury Potpourri, , April 17, 2012
- "UM/UIM and Bad Faith Update" - Pennsylvania Association for Justice, 30th Annual PA Auto Insurance Law,  April 24, 2012, Pittsburgh, PA; May 18, 2012, Harrisburg, PA; May 31, 2012, Philadelphia, PA
- "Joint & Several Liability in Pennsylvania" - Mercury Insurance Company, March 2, 2012, Bridgewater, NJ
- "Post-Koken Claims and Joint & Several Liability in Pennsylvania" - PMA Insurance Company, February 22, 2012, Blue Bell, PA
- "Motor Vehicle Law Update" - Pennsylvania Bar Institute, 25th Annual Civil Litigation Update, March 28, 2012, Mechanicsburg, PA; February 29, 2012, Pittsburgh, PA
- "Post-Koken Claims and Joint & Several Liability in Pennsylvania" - GEICO Insurance Company, February 8, 2012, Fredericksburg, VA
- "Joint & Several Liability in Pennsylvania" - North American Risk Services, January 26, 2012, Red Bank, NJ; January 19, 2012, Altamonte Springs, FL
- "Uninsured/Underinsured Motorist Litigation Overview" - Pennsylvania Defense Institute, Young Lawyer Training and Orientation, January 27, 2012, Philadelphia, PA
- "Fair Share Act" - Pennsylvania Bar Institute, December 21, 2011, Philadelphia, PA
- "Emerging Trends in Pennsylvania Litigation" - Nationwide Mutual Insurance Company Trial Division Training, November 16, 2011, Harrisburg, PA
- "UM/UIM and Bad Faith Update" - Pennsylvania Association for Justice, 29th Annual PA Auto Insurance Law, April 20, 2010, Pittsburgh, PA; May 11, 2011, Harrisburg, PA; May 25, 2011, Philadelphia, PA
- "Overview and Update of Pennsylvania Appellate Court Decisions" - Dispute Resolution Institute, Annual Personal Injury Potpourri, March 31, 2011
- "Motor Vehicle Law Update" - Pennsylvania Bar Institute, 24th Annual Civil Litigation Update, March 9, 2011, Philadelphia, PA; March 23, 2011, Mechanicsburg, PA
- "Arguing Damages in Motor Vehicle Cases" - Pennsylvania Association of Defense Counsel, House Bill 2246, October 12, 2010
- "Testimony Related to House Bill 2246"- Pennsylvania Senate Banking & Insurance Committee on behalf of Pennsylvania Defense Institute, September 21, 2010, Harrisburg, PA
- "Motor Vehicle Law Changes and Impact upon Pennsylvania Residents" - American Law Journal Television Series, September 21, 2010, Allentown, PA
- Post-Koken, UM/UIM Issues" - AAA Mid-Atlantic Insurance Company, In-House Training, "September 14, 2010, Essington, PA
- "UM/UIM and Bad Faith Update" - Pennsylvania Association for Justice, 28th Annual PA Auto Insurance Law, April 29, 2010, Pittsburgh, PA; May 21, 2010, Harrisburg, PA; May 26, 2010, Philadelphia, PA

- "Streamlining Relationships with Outside Counsel" - Magna Legal Services, May 7, 2010, New York, NY
- "Appellate Court Update" - Dispute Resolution Institute, Annual Personal Injury Potpourri , April 22, 2010, Wilkes-Barre, PA
- "Uninsured/Underinsured Motorist Claim Update" - Pennsylvania Association of Mutual Insurance Companies, Annual Meeting, April 7, 2010, Gettysburg, PA
- "Motor Vehicle Law Updated" - Pennsylvania Bar Institute, 23rd Annual Civil Litigation Update, March 17, 2010, Pittsburgh, PA; March 25, 2010, Mechanicsburg, PA
- "Post-Koken Issues" - Brethern Insurance Company, June 11, 2009, Hagerstown, MD
- "Bad Faith Update" - Dispute Resolution Institute, Annual Personal Injury Potpourri, June 4, 2009, Wilkes-Barre, PA
- "Litigation of Uninsured and Underinsured Motorist Cases After Koken" - Encompass Insurance Company of America, In-House Training, May 28, 2009, Reading, PA
- "Update of Bad Faith Law and UM/UIM Claims in PA" - Pennsylvania Association for Justice, 27th Annual PA Auto Insurance Law –April 23, 2009, Pittsburgh, PA; May 14, 2009, Harrisburg, PA; May 27, 2009, Philadelphia, PA
- "Litigation of Uninsured and Underinsured Motorist Cases After Koken" - Pennsylvania Association of Defense Counsel, Luncheon Lecture Series, May 19, 2009, Philadelphia, PA
- "Motor Vehicle Law Update" - Pennsylvania Bar Institute, 22nd Annual Civil Litigation Update, March 4, 2009, Philadelphia, PA; March 10, 2009, Pittsburgh, PA, July 9, 2009, Philadelphia, PA (Encore Presentation)
- "UM/UIM Update; Post-Koken Issues" - Allstate Insurance Company, In-House Training, February 5, 2009, Malvern, PA
- "Motor Vehicle Law Update/Trial of Cases after the Koken Decision" - Pennsylvania Defense Institute, 40th Annual Conference, October 14-15, 2008, Annapolis, MD
- "Current Issues Facing the Insurance Industry" - Pennsylvania Defense Institute, 40th Annual Conference/Seminar, (Moderator), October 14-15, 2008, Annapolis, MD
- "Post-Koken Issues" - GEICO General Insurance Company, In-House Training, September 18, 2008, Fredericksburg, VA
- "Key Insurance Law Developments 2008" - Pennsylvania Defense Institute, Annual Conference, September 11, 2008, Lafayette Hill, PA
- "Uninsured and Underinsured Motorist Claims after IFP v. Koken" - State Conference of Trial Judges, July 19, 2008, Hershey, PA
- "Motor Vehicle Law Update" - Pennsylvania Bar Institute, 21st Annual Civil Litigation Update, Encore Presentation, July 9, 2008, Philadelphia, PA
- "Uninsured and Underinsured Motorist Law and Bad Faith Update" - Pennsylvania Trial Lawyers Association, 26th Annual Pennsylvania Auto Insurance Law, April 29, 2008, Pittsburgh, PA; May 15, 2008, Harrisburg, Pennsylvania; May 28, 2008, Philadelphia, PA
- Update on Bad Faith in Pennsylvania" - Pennsylvania Bar Institute, Pennsylvania Court Developments, "April 24, 2008, Philadelphia, PA
- "Motor Vehicle Law Update" - Pennsylvania Bar Institute, 21st Annual Civil Litigation Update, February 20, 2008, Philadelphia, PA; February 26, 2008, Pittsburgh, PA; March 12, 2008 (Satellite)

- Insurance Bad Faith: Use of Expert Witnesses" - Pennsylvania Trial Lawyers Association, "December 14, 2007, Pittsburgh, PA
- "Update on Motor Vehicle Law Issues in Pennsylvania" - GEICO General Insurance Company, In-House Training, October 11, 2007, Fredericksburg, VA
- "Streamlining Relationships with Outside Counsel" - Triad Strategies, September 26, 2007, Philadelphia, PA
- "Update on Motor Vehicle Law Issues in Pennsylvania" - Pennsylvania Defense Institute, Current Liability Insurance Issues, July 25, 2007, Pittsburgh, PA
- "UM/UIM issues" - Erie Insurance Company Seminar, In-House Training, May 17, 2007, Erie, PA
- "Uninsured and Underinsured Motorist and Bad Faith Update" - Pennsylvania Trial Lawyers Association, 25th Annual PA Auto Insurance Law, April 25, 2007, Pittsburgh, PA; May 11, 2007, Harrisburg, PA; May 23, 2007, Philadelphia, PA
- "Fair Share Issues" - Pennsylvania for Effective Government, Annual Meeting, May 1, 2007, Harrisburg, PA
- "Motor Vehicle Law Update" - Pennsylvania Bar Institute, 20th Annual Civil Litigation Update, February 28, 2007, Philadelphia, PA; March 14, 2007, Pittsburgh, PA; March 28, 2007 (Satellite), July 11, 2007, Philadelphia, PA
- "Post IFP/Koken Litigation" - Pennsylvania Defense Institute, October 12, 2006, Hershey, PA
- "Bad Faith and UIM Claims" - Swartz Campbell LLC, Insurance Training Seminar, September 26, 2006, Philadelphia, PA
- "Bad Faith After Koken" - Pennsylvania Bar Institute, CLE Seminar, September 13, 2006, Philadelphia, PA; August 19, 2006, Mechanicsburg, PA
- "Defense of Coverage Claims" - Allstate Insurance Company, In-House Training, August 3, 2006, Philadelphia, PA
- Stacking of Uninsured and Underinsured Motorist Coverages After Craley" - Nationwide Mutual Insurance Company, In-House Training, "July 14, 2006, Conshohocken, PA
- "Motor Vehicle Law Update" - Pennsylvania Bar Institute, 19th Annual Civil Litigation Update, June 26, 2006, Philadelphia, PA
- "Uninsured and Underinsured Motorist and Bad Faith Update" - Pennsylvania Trial Lawyers Association, 24th Annual PA Auto Insurance Law, April 19, 2006, Pittsburgh, PA; May 11, 2006, Harrisburg, PA; June 12, 2006, Philadelphia, PA
- Trial Issues" (Course Planner and Moderator) - Pennsylvania Bar Institute, Successfully Litigating the Automobile Accident, "April 6, 2006, Philadelphia, PA; April 20, 2006, Pittsburgh, PA; April 26, 2006 (Satellite)
- "Motor Vehicle Law Update" - Pennsylvania Bar Institute, 19th Annual Civil Litigation Update, March 1, 2006, Philadelphia, PA; March 16, 2006, Pittsburgh, PA; March 30, 2006 (Satellite)
- "Update and Overview of UM/UIM Claims" - AAA Mid-Atlantic Insurance Company, In-House Training Seminar, March 8, 2006, Lester, PA
- "Defense of Death Claims" - Erie Insurance Company, In-House Training Seminar, March 1, 2006, State College, PA
- "UM/UIM Insurance Law Update" - Pennsylvania Association of Defense Counsel, Luncheon Lecture Series, Union League, January 17, 2006, Philadelphia, PA

- "Motor Vehicle Law Update" - Pennsylvania Defense Institute, 37th Annual Conference, September 17, 2006, Hershey, PA
- "UM/UIM Arbitration After <u>IFP v. Koken</u>" - Pennsylvania Defense Institute, CLE Training, January 17, 2006, Philadelphia PA

- "Common Sense in the Courtroom" - Pennsylvania Defense Institute Annual Meeting, Course Planner and Program Participant, September 15-17, 2005, Atlantic City, NJ
- "Insurance Bad Faith" - Pennsylvania Trial Lawyers Association, CLE Seminar, May 23, 2005, Philadelphia, PA
- "UM/UIM and Arbitration Issues" - Pennsylvania Trial Lawyers Association, 23rd Annual PA Auto Insurance Law, April 8, 2005, Pittsburgh, PA; May 11, 2005, Harrisburg, PA; June 14, 2005, Philadelphia, PA
- "Pennsylvania Motor Vehicle Financial Responsibility Law Update" - GEICO Insurance Company, In-House Training Seminar, April 28, 2005, Fredericksburg, VA
- "Motor Vehicle Law Update" - Pennsylvania Bar Institute, 18th Annual Civil Litigation Update, March 2, 2005, Philadelphia, PA; March 16, 2005, Pittsburgh, PA; April 6, 2005, Harrisburg, PA
- "PA Bad Faith Issues" - GEICO Insurance Company, In-House Training Seminar, November 4, 2004, Fredericksburg, VA
- "Motor Vehicle Law Update" - Pennsylvania Defense Institute, 36th Annual Conference, 2004, Hershey, PA
- "UM/UIM and Arbitration Issues" - Pennsylvania Trial Lawyers Association, 22nd Annual PA Auto Insurance Law, June 2, 2004, Philadelphia, PA; April 22, 2004, Pittsburgh, PA; May 11, 2004, Harrisburg, PA
- "Punitive Damages in Bad Faith Cases"- Pennsylvania Bar Institute, Bad Faith Litigation in Pennsylvania, April 28, 2004, Philadelphia, PA
- "Bad Faith Issues in Pennsylvania" - Nationwide Mutual Insurance Company, In-House Training Seminar, March 23, 2004, Conshohocken, PA
- "Motor Vehicle Law Update" - Pennsylvania Bar Institute, 17th Annual Civil Litigation Update, March 3, 2004, Philadelphia, PA; March 11, 2004, Pittsburgh, PA; March 31, 2004, Harrisburg, PA
- "Motor Vehicle Law Update" - Pennsylvania Defense Institute, 35th Annual Conference, 2003, Hershey, PA
- "Substantial Factor/Causation Issues"- Pennsylvania Bar Institute, Course Planner and Moderator, Successfully Litigating the Automobile Accident Case, August 5, 2003; Philadelphia, PA; August 12, 2003, Pittsburgh, PA; August 19, 2003, Mechanicsburg, PA
- "Defense of First Party Benefit Claims In Pennsylvania" - Consolidated Services Group Seminar, In-House Training Seminar, June 17, 2003, Conshohocken, PA
- "Trial Techniques" - Pennsylvania Trial Lawyers Association, Intensive Trial Advocacy Seminar, Widener University, May 22, 2003
- "Defense Perspective on Bad Faith" - Pennsylvania Trial Lawyers Association, 21st Annual PA Auto Insurance Law, May 29 2003, Harrisburg, PA; June 18, 2003, Philadelphia, PA; April 30, 2003, Pittsburgh, PA
- "UM/UIM Bad Faith Claims in Pennsylvania" - Harleysville Mutual Insurance Company, In-House Training Seminar, April 10, 2003, Harleysville, PA

JCH, CV 2/21

- "Motor Vehicle Law Update" - Pennsylvania Bar Institute, 16th Annual Civil Litigation Update, March 6, 2003, Philadelphia, PA; March 12, 2003, Pittsburgh, PA; March 26, 2003, Harrisburg, PA
- "Substantial Factor and Causation Issues" - Conference of State Trial Judges, Annual Seminar, February 22, 2003, Pittsburgh, PA
- "UM/UIM Arbitration Issues" - Pennsylvania Association of Defense Counsel, Litigation Update, February 18, 2003, Philadelphia, PA
- Bad Faith and Class Action Matters" - Harleysville Mutual Insurance Company In-House Training Seminar, "October 19, 2002, Harleysville, PA
- "Motor Vehicle Law Update" - Pennsylvania Defense Institute, 34th Annual Conference, October 4, 2002, Hershey, PA
- Effective Strategies for Defending Class Actions" - Nationwide Mutual Insurance Company In-House Training Seminar, "September 9, 2002, Columbus, OH
- "Bad Faith Claims in Pennsylvania, Mock Trial: Direct and Cross Examination" - Pennsylvania Bar Institute, 9th Annual Personal Injury Institute, August 28, 2002, Philadelphia, PA
- "Bad Faith and UM/UIM Issues" - State Farm Insurance Company In-House Training Seminar, July 10, 2002, Concordville, PA
- "UM/UIM and Arbitration Issues" - Pennsylvania Trial Lawyers Association, 20th Annual PA Auto Insurance Law, May 23, 2002, Harrisburg, PA; June 25, 2002, Philadelphia, PA; May 23, 2002, Pittsburgh, PA
- "Medical Issues in First Party Litigation" - CEC Spring Workshop, CLE Training, April 5, 2002, Conshohocken, PA
- "Bad Faith Issues in Pennsylvania" - Nationwide Mutual Insurance Company In-House Training Seminar, April 10, 2002, Fort Washington, PA
- "Motor Vehicle Law Update" - Pennsylvania Bar Institute, 15th Annual Civil Litigation Update, February 26, 2002, Philadelphia, PA; March 12, 2002, Pittsburgh, PA; March 20, 2002 (Satellite)
- "Update of Motor Vehicle Issues" - Erie Insurance Company, In-House Training Seminar, February 20, 2002, Bethlehem, PA
- "Auto Law Update" - Pennsylvania Bar Institute, 8th Annual Personal Injury Institute, July 18, 2001, Philadelphia, PA
- "UM/UIM and Arbitration Issues" - Pennsylvania Trial Lawyers Association, 19th Annual PA Auto Insurance Law, May 2, 2001, Harrisburg, PA; May 30, 2001, Philadelphia, PA; April 5, 2001, Pittsburgh, PA
- "Bad Faith Litigation in Pennsylvania" - National Business Institute, CLE Seminar, May 18, 2001, Harrisburg, PA
- "Motor Vehicle Law Update" - Pennsylvania Bar Institute, 14th Annual Civil Litigation Update, May 8, 2001, Philadelphia, PA; March 21, 2001, Harrisburg, PA; March 14, 2001, Pittsburgh, PA
- "UM/UIM Update" - Pennsylvania Bar Institute, Successfully Litigating the Automobile Accident Case, Course Planner, June 1, 2001, Philadelphia, PA; June 13, 2001, Pittsburgh, PA; May 24, 2001 Mechanicsburg, PA
- "Motor Vehicle Law Update" - Pennsylvania Defense Institute, 33rd Annual Conference, 2001, Hershey, Pennsylvania

- "Defending UM/UIM and Bad Faith Claims" - Pennsylvania Trial Lawyers Association, 18th Annual PA Auto Insurance Law, May 18, 2000, Harrisburg, PA; June 1, 2000, Philadelphia, PA; June 16, 2000, Pittsburgh, PA
- Auto Law Update/Update of Bad Faith Claims"  - Pennsylvania Bar Institute, 7th Annual Personal Injury Institute, "April 27, 2000, Philadelphia, PA
- "Collegiality Amongst Lawyers" - Pennsylvania Trial Lawyers Association, Effective Litigation Techniques, April 4, 2000, Philadelphia, PA
- "Motor Vehicle Law Update" - Pennsylvania Bar Institute, 13th Annual Civil Litigation Update, March 3, 2000, Philadelphia, PA; March 29, 2000 (Satellite); November 8, 2000, Harrisburg, PA; March 20, 2000, Pittsburgh, PA
- "Motor Vehicle Law Update" - Pennsylvania Defense Institute, 32nd Annual Conference, 2000, Hershey, PA
- "Bad Faith Claims in Pennsylvania" - Insurance Society of Philadelphia, Insurance Day Seminar, December 8, 1999, Philadelphia, PA
- "Defending UM/UIM and Bad Faith Claims" - Pennsylvania Trial Lawyers Association 17th Annual PA Auto Insurance Law, 1999, Harrisburg, PA; Philadelphia, PA
- "Motor Vehicle Law Update" - Pennsylvania Defense Institute, 31st Annual Conference, October 22, 1999, Hershey, PA; December 17, 1999, Pittsburgh, PA
- Tort Reform/Loss of Abuse, Fact or Fiction?" - Pennsylvania Bar Institute, 4th Annual Day on the Hill, "October 4, 1999, Harrisburg, PA
- "Defense of Bad Faith Claims" - Pennsylvania Defense Institute, Bad Faith in Pennsylvania, August 11, 1999, Philadelphia, PA
- "Bad Faith Litigation in Pennsylvania"- Nationwide Mutual Insurance Company, In-House Training Seminar, August 10, 1999, Harrisburg, PA
- "Motor Vehicle Law Update" - Pennsylvania Bar Institute, 12th Annual Civil Litigation Update, March 24, 1999, Philadelphia, PA; March, 1999, Harrisburg, PA; April, 1999, Pittsburgh, PA
- "Bad Faith Update" – Pennsylvania Defense Institute and Pennsylvania Association of Defense Counsel, Civil Litigation Update, April 30, 1999, Philadelphia, PA
- Bad Faith in Pennsylvania" - Pennsylvania Bar Institute, 6th Annual Personal Injury Institute, "April 29, 1999, Philadelphia, PA
- "Defense Perspective" - Pennsylvania Trial Lawyers Association, Low Impact Soft Tissue Injury Cases, March 11, 1999, Philadelphia, PA
- "Overview and Update of Bad Faith Law" - Glatfelter Insurance Group In-House Training Seminar, January 28, 1999, York, PA
- "Motor Vehicle Law Update" - Pennsylvania Bar Institute, 12th Annual Civil Litigation Update Seminar, January 22, 1999, Marco Island, FL
- "Updates in UM/UIM and Limited Tort" - Temple University School of Law, Continuing Education Program, January 13, 1999, Philadelphia, PA
- "Motor Vehicle Law Update" - Pennsylvania Defense Institute, 30th Annual Conference, 1998, Hershey, PA
- "Defending UM/UIM and Bad Faith Claims" - Pennsylvania Trial Lawyers Association, 16th Annual PA Auto Insurance Law, April 24, 1998, Pittsburgh, PA; June 16, 1998, Philadelphia, PA; May 27, 1998, Harrisburg, PA

- Bad Faith Update" - Pennsylvania Bar Institute, 5th Annual Personal Injury Institute, April 16, 1998, Philadelphia, PA
- "Update, Motor Vehicle Law " - Pennsylvania Bar Institute, 11th Annual Civil Litigation Update, March 4, 1998, Philadelphia, PA; March 5, 1998, Pittsburgh, PA; March 25, 1998 (Satellite)
- "Bad Faith Claims Arising from UM/UIM Actions" - Pennsylvania Defense Institute, Auto Law Update, March 11, 1998 Philadelphia, PA
- "Motor Vehicle Law Update" - Pennsylvania Defense Institute, 29th Annual Conference, October, 1997, Hershey, PA
- "Bad Faith Insurance Issues" - Southeastern Pennsylvania Claims Association Annual Meeting, October 22, 1997 Plymouth Meeting, PA
- "Bad Faith in Pennsylvania" - Pennsylvania Bar Institute, 4th Annual Personal Injury Institute, April 25, 1997, Philadelphia, PA
- "Bad Faith Claims Arising from UM/UIM Actions" - Pennsylvania Defense Institute, Auto Law Update, 1997, Philadelphia, PA
- "Defending UM/UIM and Bad Faith Claims" - Pennsylvania Trial Lawyers Association, 15th Annual PA Auto Insurance Law, 1997, Harrisburg, PA; Philadelphia, PA
- "What Coverages Does an Employer Really Need?" - AIG Insurance, Claims Seminar, April 3,1997, Fort Washington, PA
- "Motor Vehicle Law Update" - Pennsylvania Bar Institute, 10th Annual Civil Litigation Update, 1997, Philadelphia, PA
- "UM/UIM and Bad Faith Issues"- Pennsylvania Association of Mutual Insurance Companies Seminar, August 13, 1996, August 14, 1996; October 8, 1996, Harrisburg, PA
- "Bad Faith in UM/UIM Actions" - Pennsylvania Bar Institute, Pennsylvania Bad Faith Claims, October 30, 1996, Philadelphia, PA
- "Defending UM/UIM and Bad Faith Claims" - Pennsylvania Trial Lawyers Association, 14th Annual PA Auto Insurance Law, May 29, 1996, Philadelphia, PA; May 23, 1996, Harrisburg, PA; April 26, 1996 Pittsburgh, PA
- "Bad Faith Issues and Update" - Pennsylvania Bar Institute, 3rd Annual Personal Injury Institute, April 18, 1996, Philadelphia, PA
- ", Trial Techniques" - Widener University School of Law, Intensive Trial Advocacy Program, May 11, 1996 and May 14, 1996, Harrisburg, PA
- "Defense of Cognitive Claims" - Pennsylvania Bar Institute, Head Injury Issues, March 23, 1996, Philadelphia PA; March 25, 1996, Bethlehem, PA
- "Defense Trial Strategies" - Pennsylvania Bar Institute, Successfully Litigating the Auto Accident Case, Course Planner, February 20, 1996, Philadelphia, PA; February 23, 1996, Harrisburg, PA; February 29, 1996, Pittsburgh, PA
- Motor Vehicle Law Update" - Pennsylvania Bar Institute, 9th Annual Civil Litigation Update, "March 1, 1996, Philadelphia, PA; March 22, 1996, Harrisburg, PA; March 8, 1996, Pittsburgh, PA
- "Bad Faith Claims Arising from UM/UIM Actions" - Pennsylvania Defense Institute, Annual Auto Law Update, 1996, Philadelphia, PA
- Motor Vehicle Law Update" - Pennsylvania Defense Institute, 28th Annual Conference, "January 20, 1996, Hershey, PA

- "Bad Faith Claims Arising from UM/UIM Actions" - Pennsylvania Defense Institute, Auto Law Update, October 13, 1995, Philadelphia, PA; November 9, 1995, Pittsburgh, PA; November 10, 1995 Scranton, PA
- Defense of Motor Vehicle Claims" - Pennsylvania Defense Institute, Insurance Claims Seminar, "November 3, 1995, Philadelphia, PA
- "Motor Vehicle Law Update" - Pennsylvania Bar Institute, 8th Annual Civil Litigation Update, June 23, 1995, Philadelphia, PA; June 29, 1995, Harrisburg, PA
- "Direct & Cross Examination" - Widener University School of Law, Intensive Trial Advocacy Program, May 13-15, 1995, Harrisburg, PA
- "Bad Faith in Pennsylvania" - Pennsylvania Bar Institute, 2nd Annual Personal Injury Institute, April 27, 1995, Pittsburgh, PA; May 19, 1995, Harrisburg, PA; May 23, 1995, Philadelphia, PA
- "Uninsured and Underinsured Motorist Claims"- Pennsylvania Defense Institute, CLE Update, April 26, 1995, Erie, PA
- Auto Law Update" - Pennsylvania Bar Institute, 8th Annual Civil Litigation Update, "March 16, 1995, Allentown, PA; March 6, 1995, Harrisburg, PA; March 28, 1995, State College, PA; June 23, 1995, Philadelphia, PA
- "Defense Perspective of UM/UIM Claims" - Pennsylvania Trial Lawyers Association, 13th Annual PA Auto Insurance Law, April 27, 1995, Pittsburgh, PA; May 19, 1995, Harrisburg, PA; May 23, 1995, Philadelphia, PA
- "Use of Expert Testimony" - Pennsylvania Defense Institute, Defense of Head Injury Claims, March, 1995, Philadelphia, PA; March, 1995, Bethlehem, PA
- "Financial Responsibility Law and Bad Faith Claim Update" - Philadelphia Area Claims Forum, Annual Litigation Update, October 14, 1994, Bala Cynwyd, PA
- "Update of First Party/Third Party Claims Under the MVFRL" - Pennsylvania Defense Institute, 26th Annual Conference, September 29, 1994, Hershey, PA
- "Update of UM/UIM" - Pennsylvania Trial Lawyers Association, 12th Annual PA Auto Insurance Law, April 8, 1994, Pittsburgh, PA; June 19, 1994, Harrisburg, PA; June 3, 1994, Philadelphia, PA
- Bad Faith and Punitive Damages" - Pennsylvania Bar Institute, 1st Annual Personal Injury Institute, April 6, 1994 and April 7, 1994, Philadelphia, PA
- "Defenses in Bad Faith Claims" - Pennsylvania Defense Institute, Bad Faith in Pennsylvania, March 24, 1994, Philadelphia, PA
- "Update on First Party/Third Party/UM/UIM Claims" - Pennsylvania Defense Institute, Motor Vehicle Financial Responsibility Law Seminar, March 12, 1994, Philadelphia, PA
- "Bad Faith Claims in Motor Vehicle Actions" - Pennsylvania Bar Institute, Litigation Update, October 28, 1993, Philadelphia, PA
- Motor Vehicle Law Developments" - Philadelphia Area Claims Forum, Annual Law Update, "Course Planner, October 1, 1993, Philadelphia, PA
- "Update of UM/UIM" - Pennsylvania Trial Lawyers Association, 11th Annual PA Auto Insurance Law, May 19, 1993, Harrisburg, PA; June 4, 1993, Philadelphia, PA; September 21, 1993, Pittsburgh, PA
- "Overview & Update of Pennsylvania UM/UIM Claims" - Nationwide Mutual Insurance Company In-House Training Seminar, September 15, 1993 and September 16, 1993, Harrisburg, PA

- "Effect of Amendments to Worker's Compensation Act upon the Financial Responsibility Law" - Philadelphia Area Claims Forum, Litigation Update, June 2, 1993, Philadelphia, PA
- "Defense of Cognitive Injury Claims" - Pennsylvania Bar Institute, Proving and Defending Head Injuries, April 2, 1993, Philadelphia, PA
- "Update Current Issues in Insurance, Good Faith/Bad Faith" - Pennsylvania Defense Institute, February 19, 1993, Philadelphia, PA
- "Motor Vehicle Law Update" - Pennsylvania Defense Institute, 25th Annual Conference, 1993, Hershey, Pennsylvania
- "Overview of UM/UIM Motorist Claims in Pennsylvania" - CIGNA In-House Training Seminar, September 24, 1992 and October 14, 1992, Bala Cynwyd, PA
- "Motor Vehicle Law Update" - Pennsylvania Defense Institute, 24th Annual Conference, October 1, 1992, Hershey, PA
- "Defense of Cognitive Claims" - Pennsylvania Bar Institute, Proving and Defending Head Injuries, October 9, 1992, Philadelphia, PA
- Bad Faith Claims in Pennsylvania" - Harleysville Mutual Insurance Company, Fraud Seminar, "October 22, 1992, October 26, 1992 Harrisburg, PA
- Update on Financial Responsibility Law" - Crum & Forster Insurance Company In-House Litigation Training, "June 16, 1992, Philadelphia, PA
- Update on Financial Responsibility Law" - Pennsylvania Association of Defense Counsel, Annual Litigation Update, "June 10, 1992, Philadelphia, PA
- "Bad Faith Claims in Pennsylvania" - Pennsylvania Trial Lawyers Association, 10th Annual PA Auto Insurance Law, Defense Perspective of Bad Faith Claims", May 30, 1992, Philadelphia, PA
- "Developments Under the MVFRL" - Greater Valley Forge Chapter of CPCU, Order in the Court, April 24, 1992, Malvern, PA
- "Motor Vehicle Law Update" - Pennsylvania Defense Institute, 24th Annual Conference, October 24, 1991, Hershey, PA
- "Employer Liability for Alcohol Use by Employees" - Pennsylvania Drunk Driving Association, Alcohol and Claims, September 25, 1991, Harrisburg, PA
- "Update of Financial Responsibility Law" - Pennsylvania Association of Defense Counsel, Litigation Update, June, 1991, Philadelphia, PA
- "Update of UM/UIM" - Pennsylvania Trial Lawyers Association, 9th Annual PA Auto Insurance Law, May 2, 1991, Harrisburg, PA; May 30, 1991, Philadelphia, PA
- "Amendments to the Financial Responsibility Law" - Conference of State Trial Judges Training Seminar, July 28, 1990, Hershey, PA
- "Update of the Financial Responsibility Law" - Pennsylvania Association of Defense Counsel, Civil Litigation Update, June, 1990, Philadelphia, PA
- "Update of UM/UIM Law" - Pennsylvania Trial Lawyers Association, 8th Annual PA Auto Insurance Law, March 30, 1990, Hershey, PA; April 12, 1990, Philadelphia, PA
- "Motor Vehicle Law Update" - Pennsylvania Defense Institute, 23rd Annual Conference, 1990, Hershey, PA
- "Update on Financial Responsibility Law Developments" - Pennsylvania Association of Defense Counsel, Annual Update, June, 1989, Philadelphia, PA

- "Update of UM/UIM Law" - Pennsylvania Trial Lawyers Association, 7th Annual PA Auto Insurance Law, March 31, 1989, Harrisburg, PA; April 13, 1989, Philadelphia, PA
- "Motor Vehicle Law Update" - Pennsylvania Defense Institute, 22nd Annual Conference, 1989, Hershey, PA
- "Update on Motor Vehicle Financial Responsibility Law Developments" - Pennsylvania Defense Institute, Insurance Claims Seminar, "March 31, 1989, Philadelphia, PA
- "Update of UM/UIM Law" - Pennsylvania Trial Lawyers Association, 6th Annual PA Auto Insurance Law, March 25, 1988, Harrisburg, PA
- "Motor Vehicle Law Update" - Pennsylvania Defense Institute, 21st Annual Conference, 1988, Hershey, PA
- "Motor Vehicle Law Update" - Pennsylvania Defense Institute, 20th Annual Conference, 1987, Hershey, PA
- "Motor Vehicle Law Update" - Pennsylvania Defense Institute, 19th Annual Conference, 1986, Hershey, PA
- "Overview and Analysis of Legislation" - Pennsylvania Defense Institute, Pennsylvania Motor Vehicle Financial Responsibility Law, September, 1984, Philadelphia, PA

## PUBLICATIONS

- "Stacking of UM/UIM Coverages for Newly Acquired Vehicles", Legal Intelligencer, November, 2018.
- "Common Law Bad Faith: A Neglected Remedy", Pennsylvania Association for Justice, 2017.
- "Rancosky v. Washington National Insurance Company", Pennsylvania Association for Justice, 2017.
- "Standard For Bad Faith Before Supreme Court", Pennsylvania Association for Justice, 2017.
- "Case Notes- Insurance Bad Faith", PA Justice News–August 2017.
- "Appellate Advocacy in State Courts" (Written Advocacy), Pennsylvania Bar Institute, July 13, 2016, Philadelphia, Pennsylvania.
- "Stacking of UM/UIM Coverages in Pennsylvania", Legal Intelligencer, May 2012.
- "Time for Post-Koken Rules", Legal Intelligencer, June 21, 2011.
- "UM and UIM Coverage Exclusions", Legal Intelligencer, October 28, 2011.
- Supplemental Position Paper on Senate Bill 1131 Regarding Joint & Several Reform, Pennsylvania Defense Institute, 2011.
- Position Paper on Senate Bill 1131 Regarding Joint & Several Reform, Pennsylvania Defense Institute, 2011.
- "Civil Litigation Update", Pennsylvania Association for Justice, 2011.
- "Motor Vehicle Update", Pennsylvania Bar Institute, 2011.
- "UM/UIM Update", PAMIC Claims Summit, 2010.
- "Motor Vehicle Update", Pennsylvania Association of Justice, 2010.
- "Motor Vehicle Update", Pennsylvania Bar Institute, 2010.
- "Motor Vehicle Update", Pennsylvania Bar Institute, 2009.
- "Sackett I & Sackett II: Stacking for Newly Acquired Vehicles", American Lawyer Media, 2008.
- "Motor Vehicle Update", Pennsylvania Bar Institute, 2008.

- "Motor Vehicle Update", Pennsylvania Bar Institute, 2007.
- "Motor Vehicle Update", Pennsylvania Bar Institute, 2006.
- "Stacking of Uninsured and Underinsured Motorist Coverages After Craley", Legal Intelligencer, 2006.
- "Impact of IFP v. Koken Changes UM/UIM Litigation", Pennsylvania Defense Institute, Counterpoint, 2006.
- "Motor Vehicle Update", Pennsylvania Bar Institute, 2005.
- "Motor Vehicle Update", Pennsylvania Defense Institute, Counterpoint, 2005.
- "Arbitration of Uninsured and Underinsured Motorist Claims after IFP v. Koken", The Verdict, 2005.
- "Limited Tort Restrictions Held Not to Apply to Pedestrians", Swartz Campbell, Sidebar, Vol. 27 Fall, 2005.
- "District Court Rejects Blood Finding No New Sign Down Required When Liability Limits Increased", Swartz Campbell, Sidebar, Vol. 26 Spring, 2005.
- "Motor Vehicle Update", Pennsylvania Bar Institute, 2004.
- "Motor Vehicle Update", Pennsylvania Defense Institute, Counterpoint, 2004.
- "Superior Court Affirms Bad Faith Defense Victory" Swartz Campbell, Sidebar, Vol. 25 Spring 2004.
- "Bad Faith Update: Hayes v. Harleysville", Swartz Campbell, Sidebar, Vol. 25 Spring 2004.
- "Anatomy of a Bad Faith Defense Victory", Swartz Campbell, Sidebar, Vol. 24 Fall 2003
- "Full Tort Available to Minor Children Despite Parent's Ownership of Uninsured Registered Vehicle", Swartz Campbell, Sidebar Vol. 24 Fall 2003.
- "Motor Vehicle Update", Pennsylvania Defense Institute, Counterpoint, Winter, 2003.
- "The Pennsylvania Supreme Court Answer to Proposed Frivolous Litigation Legislation", Pennsylvania Defense Institute, May, 2003.
- "Motor Vehicle Update", Pennsylvania Bar Institute, 2003.
- "Motor Vehicle Update", Pennsylvania Bar Institute, 2004.
- "Must Surveillance Videos Be Disclosed Prior to Trial if Only Used for Impeachment Purposes", Pennsylvania Defense Institute, Counterpoint, 2002.
- "Motor Vehicle Update", Pennsylvania Bar Institute, 2002.
- "Effective Strategies for the Handling and Defense of Claims", Pennsylvania Defense Institute, Counterpoint, 2002.
- "Reformation of UM/UIM Coverage After Lewis", Swartz Campbell, Sidebar, "Vol. 21 Summer 2002.
- "ISO Modifies Commercial Auto Endorsements", Swartz Campbell, Sidebar, Vol. 20 Spring 2002.
- "Motor Vehicle Update", Pennsylvania Defense Institute, Counterpoint, 2002.
- "Motor Vehicle Update", Pennsylvania Defense Institute, 2001.
- "An Analysis: Prohibition Against Dual.
Recovery in Pennsylvania UM and UIM Claims", Pennsylvania Defense Institute, Counterpoint, October, 2001.
- "Motor Vehicle Update", Pennsylvania Bar Institute, 2003.
- "The Remedy Analysis Under the MVFRL", Pennsylvania Defense Institute, Counterpoint, Counterpoint, 2000.
- "Motor Vehicle Update", Pennsylvania Defense Institute, 2000.

- "Winslow-Quattlebaum: Invalidation of UM/UIM Waiver Forms", Pennsylvania Defense Institute, Counterpoint, July, 1999.
- "Motor Vehicle Update", Pennsylvania Defense Institute, 1999.
- "Supreme Court Adopts Certification Procedure", Swartz Campbell, Sidebar, Vol. 20 Summer 1999.
- "Limited Tort Defined", Swartz Campbell, Sidebar, Vol. 20 Winter 1999.
- "Motor Vehicle Update", Pennsylvania Bar Institute, 1998.
- "Case Study: Defense of the Minor Impact Soft Tissue Injury Case", Swartz Campbell, Sidebar, Vol. 18 Spring 1998.
- "Six Year Statute of Limitations Applied to Bad Faith Actions", Swartz Campbell, Sidebar, Vol. 17 Spring 1998.
- "Overview: Recission of Auto Policies", Swartz Campbell, Sidebar, 1998.
- "Motor Vehicle Update", Pennsylvania Bar Institute, 1997.
- "Financial Responsibility Law Update", Pennsylvania Defense Institute, Counterpoint, 1997.
- "UM/UIM Claims: No Compensation Defense", Swartz Campbell, Sidebar, Vol. 16 Spring 1997.
- "UIM Alert Gap v. Excess Issue", Swartz Campbell, Sidebar, Vol. 13, March 1996
- "Financial Responsibility Law Update", Pennsylvania Defense Institute, Counterpoint, October, 1995.
- "Primary/Excess Rules Changed in Auto Insurance in Pennsylvania", Swartz Campbell, Sidebar, Vol. 11 September, 1995.
- "Financial Responsibility Law Update", Pennsylvania Defense Institute, Counterpoint, July 1995.
- "Exhaustion in UIM Cases; Dual Recovery by Employees", Swartz Campbell, Sidebar, Vol. 10 June, 1995.
- "Criminal Conduct as Superseding Cause", Swartz Campbell, Sidebar, Vol. 10, June 1995.
- "Tolling of the Statute of Limitations in Uninsured Motorist Case", Pennsylvania Defense Institute, Counterpoint, April, 1995.
- "Additional Limitations Upheld in UM/UIM Coverage", Swartz Campbell, Sidebar, Vol. 9 March 1995.
- "A Disturbing Trend: Superior Court Allows Bad Faith Claim Without Coverage", Pennsylvania Defense Institute, Counterpoint, January, 1995.
- "Financial Responsibility Law Update", Pennsylvania Defense Institute, Counterpoint, October, 1994.
- "Terminato: Impact Upon First Party Benefit Claims", Pennsylvania Defense Institute, Counterpoint, October, 1994.
- "The Limited Tort Threshold: A Decision for the Defense", Swartz Campbell, Sidebar, Vol. 7 September, 1994.
- "The Rights of the Excess Insurer in Pennsylvania", Pennsylvania Defense Institute, Counterpoint, July, 1994.
- "Implementation of the Section 1722 Preclusion of the Financial Responsibility Law", Pennsylvania Defense Institute, Counterpoint, July, 1994.
- "Arbitration of UM/UIM Claims- Change in Permissible Scope of Arbitration", Swartz Campbell, Sidebar, Vol. 6 June, 1994.

- "Bad Faith in First Party Claims Under the FRL", Swartz Campbell, Sidebar, Vol. 5, March 1994.
- "W/C Reform: The Impact Upon Cases Under the FRL", Pennsylvania Defense Institute, Counterpoint, October, 1993.
- "UM/UIM Arbitration Time for a Change", Swartz Campbell, Sidebar, "Vol. 2 June, 1993.
- "Bad Faith Claims and Self Insureds", Swartz Campbell, Sidebar, Vol. 1 March, 1993.
- "Obligation of Self-Insureds to Provide Uninsured Motorist Coverage Under the Amended Financial Responsibility Law", Pennsylvania Defense Institute, Counterpoint, January 1993.
- "Thorny and Recurring Deposition Issues", Pennsylvania Bar Institute, P.I. Litigators Books, 1991.
- "Automobile & Casualty Insurance Update", Pennsylvania Defense Institute, Counterpoint, "April, 1991.
- "Overview of Uninsured and Underinsured Motorist Claims", Pennsylvania Defense Institute, Counterpoint, 1990.
- "Automobile & Casualty Insurance Update", April, Pennsylvania Defense Institute, Counterpoint, 1990.
- "Automobile & Casualty Insurance Update", Pennsylvania Defense Institute, Counterpoint, April, 1989.
- "Automobile & Casualty Insurance Update", Pennsylvania Defense Institute, Counterpoint, April, 1988.
- "Automobile & Casualty Insurance Update", Pennsylvania Defense Institute, Counterpoint, April, 1987.

## REPORTED CASES OF NOTE

### STATE DECISIONS

- *Safe Auto v. Oriental-Guillermo*, 654 Pa. 293, 214 A.3d 1257 (2019).
- *Selective Way Ins. Co. v. MAK Services, Inc.*, 2020 Pa. Super 103, 232 A.3d 762 (2020).
- *Corbin v. Khosla*, 42 A.3d 254 (Pa. 2012).
- *Vanderhoff v. Harleysville Ins. Co.*, 40 A.3d 744 (2012), aff'd, 621 Pa. 429, 78 A.3d 1060 (Pa. 2013).
- *Holocher v. Erie Ins. Exch.*, 26 A.3d 483 (Pa. 2011).
- *Nationwide Mut. Ins. Co. v. Catalini*, 18 A.3d 1206 (Pa. 2011).
- *McCuen v. McNulty*, 16 A.3d 504 (Pa. 2011).
- *Tannenbaum v. Nationwide Ins. Co.*, 992 A.2d 859 (Pa. 2010).
- *Sackett v. Nationwide Mut. Ins. Co.*, 4 A.3d 637 (Pa. Super. 2010).
- *Zablotney v. Allstate*, 24 A.3d 443 (Pa. Super. 2011).
- *Erie Ins. v. Cyprich*, 964 A.2d 951 (Pa. Super. 2008).
- *Jiricko v. Geico Ins. Co.*, 947 A.2d 206 (Pa. Super. 2008).
- *Nationwide Assur. Co. v. Easley*, 960 A.2d 843 (Pa. Super. 2008).
- *Horst v. Oram*, 965 A.2d 245 (Pa. 2009).
- *Nationwide Mutual Insurance Company v. Hines*, 972 A.2d 569 (Pa. Super. 2009).
- *Johnson v. Allstate Insurance Company*, 959 A.2d 474 (Pa. Super. 2008).
- *Nationwide Ins. Co. v. Schneider*, 960 A.2d 442 (Pa. 2008).

- *Geise v. Nationwide Life & Annuity Co. of Am.*, 939 A.2d 409 (Pa. Super. 2007).
- *Balduzzi v. Nationwide Insurance Company*, 929 A.2d 231 (Pa. Super. 2007).
- *QDC v. Zurich*, 927 A.2d 664 (Pa. Super. 2007).
- *Sackett v. Nationwide Mut. Ins. Co.*, 940 A.2d 329 (Pa. 2007).
- *Vanderhoff v. Harleysville*, 898 A.2d 1143 (Pa. Super. 2006).
- *Fulton v. Nationwide Mutual Insurance Co.*, 895 A.2d 653 (Pa Super. 2006).
- *Ricks v. Nationwide Ins. Co.*, 2005 PA Super 229, 879 A.2d 796 (Pa. Super. 2005).
- *Alderson v. Nationwide Mut. Ins. Co.,* 884 A.2d 288 (Pa. Super. 2005).
- *Swords v. Harleysville Ins. Companies*, 883 A.2d 562 (Pa. 2005).
- *Ravindran v. Harleysville Mut. Ins. Co.*, 882 A.2d 479 (Pa. 2005).
- *Simmers v. Erie Ins.*, 859 A.2d 845 (Pa. Super. 2004).
- *Brosovic v. Nationwide Mut. Ins.,* 841 A.2d 1071 (Pa. Super. 2004).
- *Jones v. Rogers*, 863 A.2d 1147 (Pa. 2004).
- *Davis v. Steigerwalt*, 822 A.2d 22 (Pa. Super. 2003).
- *N. Ins. Co. of New York v. Resinski*, 827 A.2d 1240 (Pa. Super. 2003).
- *Harleysville Ins. Companies v. Aetna Cas. & Sur. Ins. Co.*, 795 A.2d 383 (Pa. 2002).
- *Lyons v. Parkway Corp.*, 809 A.2d 975 (Pa. Super. 2002).
- *Rudloff v. Nationwide Mut. Ins. Co.*, 806 A.2d 1270 (Pa. Super. 2002).
- *Krakower v. Nationwide Mut. Ins. Co.*, 790 A.2d 1039 (Pa. Super. 2001).
- *Williams v. Nationwide Mut. Ins. Co.*, 750 A.2d 881 (Pa. Super. 2000).
- *Wiedinmyer v. Harleysville Mut.*, 760 A.2d 442 (Pa. Super. 2000).
- *Booze v. Allstate Ins. Co.*, 766 A.2d 1242 (Pa. 2000).
- *Midili v. Erie Ins. Grp.*, 746 A.2d 1126 (Pa. Super. 2000).
- *Kmonk-Sullivan v. State Farm Mut. Auto. Ins. Co.,* 788 A.2d 955 (Pa. 2001).
- *In re Ins. Stacking Litig.*, 754 A.2d 702 (Pa. Super. 2000).
- *Nationwide Mut. Fire Ins. Co. v. Cannion*, 755 A.2d 1293 (Pa. 2000).
- *Winslow-Quattlebaum v. Maryland Cas. Co.*, 742 A.2d 172 (Pa. 1999).
- *Yarnall v. Harleysville Ins.*, 640 A.2d 481 (Pa. 1993).
- *Svetz for Svetz v. Land Tool Co.*, 513 A.2d 403 (Pa. 1986).
- *Tyler v. Ins. Co. of N. Am.*, 457 A.2d 95 (Pa. 1983).

## DISTRICT COURT DECISIONS

- *Meehan v. Am. Guarantee & Liab. Ins. Co.*, No. CIV.A. 04-354, (E.D. Pa. Apr. 20, 2005).
- *Selective Ins. Co. of Am. v. Jaskoloka*, 292 F.Supp.2d 624 (M.D. Pa. 2003).
- *Sallada v. Nationwide Mut. Ins. Co.*, 95 F.Supp.2d 250 (M.D. Pa. 2000).
- *Calvert v. Gen. Acc. Ins. Co.,* No. CIV. A. 99-3599, (E.D. Pa. Feb. 2, 2000).
- *Glen Lincoln, Inc. v. Zurich Ins. Co.*, No. 95-5621, (E.D. Pa. Jan. 13, 1999).
- *Nationwide Mut. Ins. Co. v. Murphy*, No. CIV. A. 98-CV-1692, (E.D. Pa. Nov. 3, 1998).
- *Gift v. Nationwide Ins. Co.*, No. 97-6934, (E.D. Pa. Apr. 9, 1998).
- *Jiongo v. Nationwide Ins. Co.*, CIV. A. 97-2437, (E.D. Pa. July 8, 1998).
- *Zurich Ins. Co. v. Lobach*, No. CIV. A. 97-3281, (E.D. Pa. Aug. 5, 1997).
- *Aetna Cas. & Sur. Co. Pers. Fin. Sec. Div. v. Hertz Corp.*, No. CIV.A. 91-5238, (E.D. Pa. July 21, 1993).
- *American Fire & Casualty Co. v. Steinmetz*, (E.D. Pa. June 21, 1990).
- *Am. Nat. Fire Ins. Co. v. Stewart*, 709 F.Supp. 641 (E.D. Pa. 1989).

## APPELLATE COURT DECISIONS

- *Slupski v. Nationwide Mut. Ins. Co.*, 801 Fed.Appx. 850 (3d Cir. 2020).
- *Nationwide Mut. Ins. Co. v. Brophy*, 371 Fed.Appx. 302 (3d Cir. 2010).
- *Willett ex rel. Willett v. Allstate Ins. Co.*, 359 Fed.Appx. 349 (3d Cir. 2009).
- *Scruggs v. AIG Pers. Lines Claims*, 311 Fed.Appx. 516 (3d Cir. 2008).
- *Jiricko v. Allison*, 259 Fed.Appx. 472 (3d Cir. 2007).
- *Nationwide Mut. Ins. Co. v. Roth*, 252 Fed.Appx. 505 (3d Cir. 2007).
- *Nationwide Mut. Ins. Co. v. Chiao*, 186 Fed.Appx. 181 (3d Cir. 2006).
- *Hartford Ins. Co. of Midwest v. Green*, 134 Fed.Appx. 555 (3d Cir. 2005).
- *Nationwide Mut. Ins. Co. v. Riley*, 352 F.3d 804 (3d Cir. 2003).
- *ProDent, Inc. v. Zurich U.S.*, 33 Fed.Appx. 32 (3d Cir. 2002).
- *Nationwide Mut. Ins. Co. v. Reidler*, 261 F.3d 492 (3d Cir. 2001).
- *Nationwide Mut. Ins. Co. v. Cosenza*, 258 F.3d 197 (3d Cir. 2001).
- *McCarthy v. Scottsdale Ins. Co.*, 242 F.3d 371 (3d Cir. 2000).
- *Nationwide Mut. Ins. Co. v. Buffetta*, 230 F.3d 634 (3d Cir. 2000).
- *On Air Entm't Corp. v. Nat'l Indem. Co.*, 210 F.3d 146 (3d Cir. 2000).
- *First Oak Brook Corp. Syndicate v. Comly Holding Corp.*, 93 F.3d 92 (3d Cir. 1996).
- *DeSilva v. Kemper Nat. Ins. Companies*, 30 F.3d 1485 (3d Cir. 1994).
- *Robertson v. Kealey*, 970 F.2d 899 (3d Cir. 1992).
- *Layfield v. Zurich Am. Ins. Co.*, 953 F.2d 1380 (3d Cir. 1992).
- *W. Am. Ins. Co. v. Park*, 933 F.2d 1236 (3d Cir. 1991).
- *Sun Ins. Office Ltd v. Neff*, 944 F.2d 898 (3d Cir. 1991).
- *St. Paul Fire & Marine Ins. Co. v. Lewis*, 935 F.2d 1428 (3d Cir. 1991).
- *Myers v. State Farm Ins. Co.*, 842 F.2d 705 (3d Cir. 1988).

## AMICUS BRIEF FILINGS

- *Grix v. Progressive Specialty Insurance*, 64 MAP 2020 (Pennsylvania Association for Justice).
- *Erie Insurance Exchange v. Petrie*, 242 A.3d 915 (Pa. Super. 2020) (Pennsylvania Association for Justice).
- *Derr v. National Fire Insurance Co. of Hartford*, 1340 EDA 2019 (Pennsylvania Association for Justice).
- *Gallagher v. GEICO*, 201 A. 3d 131 (Pa. 2019) (Pennsylvania Association for Justice).
- *Kurach v. Truck Insurance*, 12 EAP 2019 (Supreme Court of PA) (Pennsylvania Association for Justice/Appellants).
- *Winterstein v. Truck Insurance*, 13 EAP 2019 (Supreme Court of PA) (Pennsylvania Association for Justice/Appellants).
- *Barnard v. Travelers*, 199 A.3d 864 (Pa. 2018) (Pennsylvania Association for Justice).
- *Guirlene, Jean Baptiste v. Ryan*, 1851 EDA 2018 (Pennsylvania Association for Justice).
- *Sayles v. Allstate/Scott v. Allstate*, 194 A.3d 1095 (Pa. Super. 2018) (Pennsylvania Association for Justice).
- *Berg, D., Aplt. v. Nationwide Mut. Ins. Co.*, 189 A.3d 1030 (Pa. Super. 2018) (Pennsylvania Association for Justice).
- *PA State Police v. W.C. Appeals Board*, 184 A.3d 958 (Pa. 2018) (Pennsylvania Association for Justice).

- *Newhook, K. v. Erie Insurance Exchange*, 190 A.3d 741 (Pa. Super. 2018) (Pennsylvania Association for Justice).
- *Bielec v. American International*, United States Superior Court 2017 WL 6594061 (Pa. Super. 2017) (Pennsylvania Association for Justice).
- *Tosha Crisp v. ACE American Insurance Company*, United States Superior Court No. 3167 EDA 2016.
- *Rancosky v. Washington National*, 170 A.3d 364 (Pa. 2017) (Pennsylvania Association for Justice)
- *Ford v. American States*, 154 A.3d 237 (Pa. 2017) (Pennsylvania Association for Justice).
- *Pergolese v. Standard Fire*, 162 3d 481 (Pa. Super. 2017) (Pennsylvania Association for Justice).
- *Toner v. Travelers*, 137 A.3d 583 (Pa. Super. 2016) (Pennsylvania Association for Justice).
- *Egan v. USI Mid-Atlantic, Inc.*, 92 A.2d 1 (Pa. Super. 2014), *appeal granted*, 108 A.3d 30 (Pa. 2015), *appeal dism.*, 2015 Pa. LEXIS 2626 (Pa. November 16, 2015).
- *Doctor's Choice Physical Med. & Rehab. Ctr., P.C. v. Travelers Pers. Ins. Co.*, 92 A.3d 813 (Pa. Super. 2014), <u>rev'd</u> 128 A.3d 1183 (Pa. 2015).
- *Muldrow v. SEPTA*, 88 A.3d 269 (Pa. 2014).
- *AAA Mid-Atlantic v. Ryan*, 84 A.3d 626 (Pa. 2014) (Pennsylvania Association for Justice).
- *Bumbarger v. Peerless*, 93 A.3d 872 (Pa. Super. 2014) (Pennsylvania Association for Justice).
- *Allstate v. Wolfe*, 105 A.3d 1181 (Pa. 2014) (Pennsylvania Association for Justice).
- *Stepanovich v. McGraw*, 78 A.3d 1147 (Pa. Super. 2013) (Pennsylvania Association for Justice).
- *Swarner v. Mutual Benefit Group*, 72 A.3d 641 (Pa. Super. 2013) (Pennsylvania Association for Justice).
- *Mutual Benefit Ins. Co. v. Politopoulos*, 75 A.3d 528 (Pa. Super. 2013) (Pennsylvania Association for Justice).
- *Lipsky v. State Farm*, 24 EPA 2012 (Pennsylvania Association for Justice).
- *Corbin v. Khosla*, 615 Pa. 186, 42 A.3d 254 (2012)(Pennsylvania Defense Institute).
- *Safe Auto v. Van Why*, 967 EDA 2009 (Pennsylvania Defense Institute).
- *Catroppa v. Carlton*, 988 A.2d 643 (Pa. Super. 2010) (Pennsylvania Defense Institute)
- *Erie v. Baker*, 972 A.2d 507 (Pa. 2008) (Pennsylvania Defense Institute).
- *Ertwine v. Progressive*, 947 A.2d 836 (Pa. Super. 2008) (Pennsylvania Defense Institute).
- *Everhart v. PMA, et al.*, 938 A.2d 301 (Pa. 2007) (Insurance Federation, Pennsylvania Property & Casualty Insurers of America, Insurance Agents & Brokers of Pennsylvania and Pennsylvania Defense Institute).
- *Condio v. Erie Insurance Exchange*, 899 A.2d 1136 (Pa. Super. 2006) (Pennsylvania Defense Institute and Property & Casualty Insurers Association of America).
- *Hollock v. Erie Insurance Exchange*, 903 A. 2d 1185 (Pa. 2006) (Insurance Federation and Property & Casualty Insurers of America).
- *Insurance Federation v. Koken*, 889 A.2d 550 (Pa. 2005) (Pennsylvania Defense Institute).

- *Allstate Insurance Company v. Seelye*, 864 A.2d 1202 (Pa. 2004) (Insurance Federation).
- *Lewis v. Erie Insurance Exchange*, 793 A.2d 143 (Pa. 2002) (Pennsylvania Defense Institute).
- *Burstein v. Prudential*, 809 A.2d 204 (Pa. 2002) (Pennsylvania Defense Institute).
- *Prudential Property v. Colbert*, 813 A.2d 747 (Pa. 2002) (Pennsylvania Defense Institute).
- *Nationwide Mutual Ins. Co. v. Lehman*, 772 A.2d 413 (Pa. 2001) (Pennsylvania Defense Institute).
- *Kleinberg v. Septa*, 765 A.2d 405 (Cmwlth. 11/29/2000) (Insurance Federation).
- *State Farm Mutual Auto Insurance Company v. Kreeb*, 757 A.2d 366 (Pa. 2000) (Pennsylvania Defense Institute).
- *Donnelly v. Bauer*, 720 A.2d 447 (Pa. 1998) (Pennsylvania Defense Institute).
- *Henrich v. Harleysville Ins. Co.,* 620 A.2d 1122 (Pa. 1993) (Pennsylvania Defense Institute).
- *Sparks v. Pennsylvania National Insurance Company*, (1993) (Pennsylvania Defense Institute).
- *Corbin v. Khosla*, 615 Pa. 186, 42 A.3d 254 (2012)

JCH, CV 2/21