IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD FLYNN et al.,<br>         Plaintiffs,<br><br>v.<br><br>MANUFACTURERS AND TRADERS<br>TRUST COMPANY, a.k.a. M&T Bank,<br>         Defendant. | CIVIL ACTION<br><br><br><br>NO.  17-4806 |

## O R D E R

**AND NOW**, this 8th day of July, 2022, upon consideration of the Parties' Second Joint Motion to Stay Proceedings (ECF No. 392), it is **HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**